Case 1:22-cr-00028-HG   Document 1   Filed 04/07/22   Page 1 of 6   PageID.1

ORIGINAL

SEALED
BY ORDER OF THE COURT

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 07 2022

at ___ o'clock and 50 min. __ M
CLERK, U.S. District Court

CLARE E. CONNORS #7936
United States Attorney
District of Hawaii

CRAIG S. NOLAN
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
Email: Craig.Nolan@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. CR 22-00028 SOM |
| | ) | |
| Plaintiff, | ) | [18 U.S.C. § 1343] |
| | ) | |
| v. | ) | |
| | ) | |
| MOHAMED SOLIMAN, | ) | |
| aka "Mohamed Abdelfattan Ibrahim Soliman," | ) | |
| | ) | |
| Defendant. | ) | |

INDICTMENT

The Grand Jury charges:

## Counts 1–2
## Wire Fraud
## (18 U.S.C. § 1343)

1. From a precise date unknown, but by at least as early as in or about April 2016, and continuing to in or about December 2017, within the District of Hawaii and elsewhere, MOHAMED SOLIMAN, aka "Mohamed Abdelfattan Ibrahim Soliman," the defendant, knowingly devised and intended to devise a scheme and artifice to defraud and to obtain money and property from Victim 1 by means of materially false and fraudulent pretenses, representations, and promises, and transmitted and caused to be transmitted by means of interstate wire, writings, signs, signals, pictures, and sounds for the purpose of executing such scheme and artifice.

In furtherance of defendant's scheme to defraud:

2. In early 2016, an associate of SOLIMAN (hereinafter "Associate 1") approached Victim 1 and pitched a purported investment opportunity to him. Associate 1 told Victim 1 that SOLIMAN and he were working to obtain financing for a multi-national real estate development project, and that if Victim 1 invested, his money would be used to secure financing for that project. During the pitch and in subsequent communications, SOLIMAN and Associate 1 falsely claimed that the project involved building a series of residential developments in foreign

countries that after completion would be sold at a profit to the governments of those countries.

3.  SOLIMAN and Associate 1 falsely represented to Victim 1 that if he invested money to assist with the financing of the development projects, Victim 1 would be guaranteed a high rate of return within a defined time frame. SOLIMAN and Associate 1 falsely promised Victim 1 that they would provide him with guarantees from banks issuing lines of credit for the project, including a "bank guarantee" from a large United Kingdom bank for a $500,000,000 line of credit.

4.  In addition to making false promises and representations to Victim 1 about the fraudulent project, SOLIMAN created and used fictious persons and forged documents, including purported bank, business, and project records, to persuade Victim 1 to invest in the fraudulent real estate development project and to convince and reassure Victim 1 that he would earn a significant return on his investments in the project.

5.  As a result, at the direction of SOLIMAN, Victim 1 wired at least $2,552,000 from his bank accounts in Hawaii to two bank accounts in China controlled by SOLIMAN, including:

    a.  Approximately $202,000 on or about April 29, 2016;

    b.  Approximately $1,700,000 on or about August 5, 2016;

  c. Approximately $480,000 on or about April 18, 2017; and

  d. Approximately $170,000 on or about October 16, 2017.

6. Subsequent to Victim 1's wire transfer of October 16, 2017, SOLIMAN ceased contact with Victim 1, who never received a refund or any investment return on the money he wired at SOLIMAN's direction.

7. In executing his scheme, SOLIMAN transmitted and caused to be transmitted by means of interstate wire, writings, signs, signals, pictures, and sounds for the purpose of executing such scheme and artifice, as set forth below:

| Count | Approximate Date | Description of Wire |
| --- | --- | --- |
| 1 | April 18, 2017 | Wire transfer of $480,000 from Victim 1's bank account in Hawaii to a bank account in China |
| 2 | October 16, 2017 | Wire transfer of $170,000 from Victim 1's bank account in Hawaii to a bank account in China |

Forfeiture Notice

8. The allegations contained in all paragraphs of Counts 1 and 2 of this Indictment are hereby realleged and incorporated by reference for the purpose of noticing forfeitures pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c).

9. The United States hereby gives notice to the defendant that, upon conviction of the offenses charged in Counts 1 and 2 of this Indictment, the

government will seek forfeiture, in accordance with Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c), of any and all property, real or personal, that constitutes or is derived from proceeds traceable to the violations of Title 18, United States Code, Section 1343, alleged in Counts 1 and 2 of this Indictment, including but not limited to a sum of money equal to at least $2,552,000 in United States currency.

10. If by any act or omission of the defendant, any of the property subject to forfeiture described in the preceding paragraph herein:

> a. cannot be located upon the exercise of due diligence;
>
> b. has been transferred or sold to, or deposited with, a third party;
>
> c. has been placed beyond the jurisdiction of the court;
>
> d. has been substantially diminished in value; or
>
> e. has been commingled with other property which cannot be divided without difficulty,

the United States of America will be entitled to the forfeiture of substitute property up to the value of the property described above in the preceding paragraph,

pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

DATED: April 7, 2022, at Honolulu, Hawaii.

A TRUE BILL

/s/ Foreperson

FOREPERSON, GRAND JURY

CLARE E. CONNORS
United States Attorney
District of Hawaii

CRAIG S. NOLAN
Assistant U.S. Attorney

United States v. Mohamed Soliman
Indictment
Cr. No.   CR 22 - 00028 SOM

6